**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK PRESBYTERIAN HOSPITAL | Plaintiff, |
| -v- | |
| JEAN LOPES COLAS | |
| | Defendant. |

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

MAGNACARE, LLC _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** August 12, 2008 _____

_____
**Signature of Attorney**

**Attorney Bar Code:** 2329647 _____