RONALD HOROWITZ
Attorney At Law
Tindall Professional Plaza
14 Tindall Road
Middletown, New Jersey 07748
(732) 706-7600
Attorney for Third-Party Defendant,
  Magnacar Administrative Services, LLC
Our File No. 2366

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK AND PRESBYTERIAN HOSPITAL,

         Plaintiff(s),

  against

JEAN LOPES COLAS,

         Defendant(s),

---

JEAN COLAS,

         Third-Party Plaintiff,

  against

MAGNACARE,

         Third-Party Defendant.

---

Case No. 08-CIV-7198
(Judge Scheindlin)

ANSWER and AFFIRMATIVE DEFENSES

    Third-Party Defendant, Magnacare Administrative Services, LLC (improperly pled as Magnacare in the Third-Party Complaint and Magnacare, LLC in the Removal Notice), by way of answer to the Third-Party Complaint, says:

### FIRST CAUSE OF ACTION

    1.    Third-Party Defendant does not have sufficient knowledge or information to form a belief as to the allegations of paragraph 1 of the Third-Party Complaint and, therefore, leaves Third-Party Plaintiff to his proofs.

2. Third-Party Defendant admits the allegations of paragraph 2 of the Third-Party Complaint.

3. Third-Party Defendant denies the allegations of paragraph 3 of the Third-Party Complaint.

4. Third-Party Defendant denies the allegations of paragraph 4 of the Third-Party Complaint.

5. Third-Party Defendant admits the allegations of paragraph 5 of the Third-Party Complaint.

6. Third-Party Defendant does not have sufficient knowledge or information to form a belief as to the allegations of paragraph 6 of the Third-Party Complaint and, therefore, leaves Third-Party Plaintiff to his proofs.

7. Third-Party Defendant admits the allegations of paragraph 7 of the Third-Party Complaint.

8. Third-Party Defendant admits the allegations of paragraph 8 of the Third-Party Complaint.

9. Third-Party Defendant denies the allegations of paragraph 9 of the Third-Party Complaint.

10. Third-Party Defendant denies the allegations of paragraph 10 of the Third-Party Complaint.

11. Third-Party Defendant denies the allegations of paragraph 11 of the Third-Party Complaint.

12. Third-Party Defendant denies the allegations of paragraph 12 of the Third-Party Complaint.

13. Third-Party Defendant denies the allegations of paragraph 6 of the Third-Party Complaint.

WHEREFORE, Third-Party Defendant, Magnacare Administrative Services, LLC, demands judgment dismissing the Third-Party Complaint, together with an award of counsel fees, costs of suit and any other relief the court deems equitable and just.

### FIRST AFFIRMATIVE DEFENSE

The Third-Party Complaint fails to state a claim upon which affirmative relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Third-Party Defendant violated no duty owed to Third-Party Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Third-Party Plaintiff and Third-Party Defendant are not under contract with one another whereby Third-Party Defendant provides Third-Party Plaintiff with health insurance coverage.

### FOURTH AFFIRMATIVE DEFENSE

Third-Party Plaintiff's claims are barred by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

Third-Party Plaintiff's claims are barred by virtue of the statute of frauds.

### SIXTH AFFIRMATIVE DEFENSE

The damages alleged in the Third-Party Complaint were caused by the acts or omissions of third persons or parties over whom this Third-Party Defendant had no control.

### SEVENTH AFFIRMATIVE DEFENSE

The Third-Party Complaint failed to join the party with whom this action cannot proceed, as provided by Fed.R.Civ.P. 19.

The Third-Party Plaintiff failed to exhaust administrative agency remedies.

Dated: August 19, 2008

_____
RONALD HOROWITZ
Attorney for Third-Party Defendant,
Magnacare Administrative Services, LLC

4

RONALD HOROWITZ
Attorney At Law
Tindall Professional Plaza
14 Tindall Road
Middletown, New Jersey 07748
(732) 706-7600
Attorney for Third-Party Defendant,
  Magnacare Administrative Services, LLC
Our File No. 2366

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK AND PRESBYTERIAN HOSPITAL,

        Plaintiff(s),

against

JEAN LOPES COLAS,

        Defendant(s),

---

JEAN COLAS,

        Third-Party Plaintiff,

against

MAGNACARE,

        Third-Party Defendant.

---

Case No. 08-CIV-7198
(Judge Scheindlin)

CERTIFICATION OF SERVICE

    RONALD HOROWITZ, of full age, hereby certifies and states as follows:

    1.    I am an attorney-at-law of the State of New Jersey, representing the Third-Party Defendant, Magnacare Administrative Services, LLC, and am fully familiar with this matter.

    2.    I hereby certify that on this date, copies of the Answer and Affirmative Defenses were served upon plaintiff by mailing same via ordinary mail to their attorney(s), Miller & Milone, P.C., 100 Quentin Roosevelt Blvd., Suite 205, Garden City, New York, 11530 and to

third-party plaintiff by mailing same via ordinary mail to her at 14 Berkley Place, 14 East 4th Street, Suite 408, New York, New York, 10012.

3. Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2008

_____
RONALD HOROWITZ, ESQ.

6